IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 22161

In the Matter of DANIEL J. ARKELL,
*Respondent.*

ORDER OF DISBARMENT

In a letter signed June 30, 2016, addressed to the Clerk of the Appellate Courts, respondent Daniel J. Arkell, an attorney admitted to practice law in Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2015 Kan. Ct. R. Annot. 390).

At the time the respondent surrendered his license, five complaints had been docketed by the office of the Disciplinary Administrator for investigation. The complaints alleged that the respondent violated Kansas Rules of Professional Conduct 1.1 (2015 Kan. Ct. R. Annot. 442) (competence); 1.7 (2015 Kan. Ct. R. Annot. 519) (conflicts of interest); 3.3 (2015 Kan. Ct. R. Annot. 601) (candor to the tribunal); 4.4 (2015 Kan. Ct. R. Annot. 632) (transaction with persons other than clients); and 8.4(b), (c), (d), and (g) (2015 Kan. Ct. R. Annot. 672) (misconduct).

This court, having examined the files of the office of the Disciplinary Administrator, finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Daniel J. Arkell be and he is hereby disbarred from the practice of law in Kansas and his license and privilege to practice law are hereby revoked.

1

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Daniel J. Arkell from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2015 Kan. Ct. R. Annot. 401).

Dated this 7th day of July, 2016.